**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT
3/10/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

Case Number: 2:21-cr-00113-GW
U.S.A. v. Cole Charles Peterson
Defendant Number: 17
Year of Birth: 1970
[✓] Indictment  [ ] Information
Investigative agency (FBI, DEA, etc.): DEA

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: October 12, 2017-September 13, 2019

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles       [ ] Ventura
[ ] Orange            [ ] Santa Barbara
[ ] Riverside         [ ] San Luis Obispo
[✓] San Bernardino    [ ] Other

Citation of Offense: 21 USC 846; 21 USC 841
21 USC 856; 21 USC 860; 18 USC 922(g)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No  [ ] Yes
If "Yes," Case Number: n/a

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:
 a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
 b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): n/a

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: n/a
Case Number: n/a
Assigned Judge: n/a
Charging: n/a
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: n/a

## PREVIOUS COUNSEL

Was defendant previously represented? [✓] No  [ ] Yes
IF YES, provide Name: n/a
Phone Number: n/a

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[✓] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[✓] Yes*  [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?** [ ] Yes  [ ] No
This is the n/a superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on:
n/a
Case Number: n/a
The superseded case:
[ ] is still pending before Judge/Magistrate Judge
n/a
[ ] was previously dismissed on: n/a

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes  [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO
IF YES, list language and/or dialect:
n/a

**OTHER**

☑ Male ☐ Female
☑ U.S. Citizen ☐ Alien
Alias Name(s) n/a

This defendant is charged in:
☐ All counts
☑ Only counts: 1

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud ☐ public corruption
☐ government fraud ☐ tax offenses
☐ environmental issues ☐ mail/wire fraud
☑ narcotics offenses ☐ immigration offenses
☐ violent crimes/firearms ☐ corporate fraud
☐ Other

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: n/a
b. Posted bond at complaint level on: n/a
   in the amount of $ n/a
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district:
   n/a

Defendant is **in custody**:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: n/a
c. If Federal, U.S. Marshals Service Registration Number: n/a
d. ☐ Solely on this charge. Date and time of arrest:
   n/a
e. On another conviction: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal AND
   Name of Court: n/a
   Date transferred to federal custody: n/a

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20   21   40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:

Date  03/09/2021

*Shawn J. Nelson*
Signature of Assistant U.S. Attorney
Shawn J. Nelson
Print Name

CR-72 (03/21)  CASE SUMMARY  Page 2 of 2